## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LARRY M. GARDNER | ) | |
| | ) | Case No.: 17-CV-00557-JED-FHM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRIAD PRECISION PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed that any and all claims brought or that could have been brought in the above-entitled case by Plaintiff against Defendant be hereby dismissed with prejudice against filing of a future action thereon as to Defendant.  The parties are to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Submitted this 2nd day of July, 2019.

Respectfully submitted,

s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone:    (918) 585-2667
Facsimile:    (918) 585-2669
danielsmolen@ssrok.com
*Attorney for Plaintiff*

s/C. Michael Copeland*
James E Weger, OBA # 9437
C. Michael Copeland, OBA #13261
JONES, GOTCHER & BOGAN, P.C

3800 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4309
jweger@jonesgotcher.com
bbrown@jonesgotcher.com
***ATTORNEYS FOR DEFENDANT***
*signed with permission by filing attorney*

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of July, 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James E. Weger
Mike Copeland
JONES, GOTCHER & BOGAN, P.C
3800 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4309
jweger@jonesgotcher.com
bbrown@jonesgotcher.com
***ATTORNEYS FOR DEFENDANT***

 s/ Daniel E. Smolen
Daniel E. Smolen